**Motion Granted and Order filed March 29, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-01020-CR
_____

**CHRISTEN LEE SHANEHCHIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 6
Harris County, Texas
Trial Court Cause No. 1689765**

---

## ORDER

Appellant has filed a motion to supplement the record.   The motion is GRANTED.

The clerk of County Criminal Court at Law No. 6 is directed to deliver to the clerk of this court the original of State's Exhibit No.3, a DVD, on or before **April 9, 2012.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No.3, a DVD, to the clerk of County Criminal Court at Law No. 6.

PER CURIAM